```
  0 · *
658.33 +
544.58 +
1,202.91 *
```

UNCLAIMED FUNDS

FILED
2010 FEB -5 AM 11:18

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

4, 2010

| | |
|---|---|
| 05-61921 | ROBERT SMITH<br>DENISE SMITH<br>CREDITOR DID NOT CASH CHECK<br>CHECK #413826 FOR $658.33<br>CHASE BANK, USA, NA<br>PO BOX 100018<br>KENNESAW, GA  30156-9204 |
| (08-60136) | CARIE L TAYLOR<br>CREDITOR DID NOT CASH CHECK<br>CHECK #413827 FOR $544.58<br>WELLS FARGO HOMW MTG<br>MAC #X2501-01D<br>ONE HOME CAMPUS<br>DES MOINES, IA  50328 |

```
          UNITED STATES
        BANKRUPTCY COURT

        Northern District of Ohio
            Canton Division

    R1 - 00060506 - SESHE

      February 05, 2010 11:21:04

     Code    Case #    Qty      Amount
  UF - UNCLAIMED FUNDS
           05-61921    10      $658.33CK
       Debtor - SMITH
  UF - UNCLAIMED FUNDS
           08-60136    10      $544.58CK
       Debtor - TAYLOR

     TOTAL  -        $1,202.91
     TEND   -         1,202.91
     CHANGE -             0.00

  FROM: TOBY L ROSEN
        121 CLEVELAND AVE SW
        CANTON  OH  44702
        330-455-2222
```